1418

# CASE ANNOUNCEMENTS

*August 8, 2008*

[Cite as *08/08/2008 Case Announcements*, 2008-Ohio-3994.]

## MOTION AND PROCEDURAL RULINGS

**2005–1678.   State v. Hale.**
Cuyahoga C.P. No. CR0454857. This cause came on for further consideration of appellant's motion for stay of execution scheduled for November 6, 2008. Upon consideration thereof,

It is ordered by the court that the motion is granted.

It is further ordered that this stay shall remain in effect until exhaustion of all state postconviction proceedings, including any appeals.

It is further ordered that counsel for appellant and for the appellee shall notify this court when all proceedings for postconviction relief before the courts of this state have been exhausted.

**2008–0846.   State v. Eyer.**
Warren App. No. CA2007–06–071, 2008-Ohio-1193. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to strike memorandum in support of jurisdiction,

It is ordered by the court that the motion is denied. Appellee shall file a memorandum in response within 30 days from the date of this entry.

**2008–1521.   Mitchell v. Smith.**
Marion App. No. 90816. This cause was filed as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Marion County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2008–1109.   Gonzales v. Smith.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–1231.   Target Corp. v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–751.

# CASE ANNOUNCEMENTS

*August 11, 2008*

[Cite as *08/11/2008 Case Announcements*, 2008-Ohio-4044.]